STATE OF MAINE                          UNIFIED CRIMINAL DOCKET

CUMBERLAND, ss.                         DOCKET NO. CR-13-6695

                                        JON-Cum - 3/12/2014


STATE OF MAINE


           v.                    ORDER ON MOTION TO SUPPRESS


IAN C. CHAPMAN,

           Defendant

The Court has carefully considered the Defendant's Motion to Suppress.

The Court concludes that Sgt. Gardner presented credibly. Based upon the speed of Mr. Chapman's vehicle and the length of pursuit, it was objectively reasonable to execute the type of safety stop described in *Donatelli*.[1]

It is also important to note that once the reason for the safety stop had been investigated and it was clear Mr. Chapman was not an imminent threat, the level of intrusion de-escalated to that associated with an ordinary traffic stop. It was at this point that any interrogation related to the offense for which Mr. Chapman was ultimately charged occurred. Given this was at a stage consistent with an ordinary traffic stop and Mr. Gardner was told he was not under arrest, the Court concludes he was not in custody for *Miranda* purposes.[2]

---

[1]     While the Court concludes the actions of Sgt. Gardner were objectively reasonable, this is not to imply that Mr. Chapman's comment he was unaware he was being pulled over for a period in time was untrue. A review of the DVD indicates this was a situation whereupon differing perspectives of the events could have occurred.

[2]     Because of this ruling, the Court does not examine the issues of which portions of the interactions between Mr. Chapman and Sgt. Gardner constituted interrogation for *Miranda* purposes.

Accordingly, the Motion to Suppress is denied.

Dated:   March 12, 2014

_____

John H. O'Neil, Jr.
Justice, Superior Court

2

STATE OF MAINE
  vs
IAN C CHAPMAN
210 FOREST STEEET APT 3
WESTBROOK ME 04092

CRIMINAL DOCKET
CUMBERLAND, ss.
Docket No   CUMCD-CR-2013-06695

**DOCKET RECORD**

DOB: 11/29/1982
Attorney: TIMOTHY ZERILLO                    State's Attorney: STEPHANIE ANDERSON
        ZERILLO LAW OFFICES
        103 EXCHANGE STREET
        PO BOX 17721
        PORTLAND ME 04112
        RETAINED 10/08/2013

## Charge(s)

1   OPERATING UNDER THE INFLUENCE              09/26/2013 WESTBROOK
Seq 11493 29-A  2411(1-A)(A)          Class D
  GARDNER                 / WES

## Docket Events:

09/27/2013 FILING DOCUMENT -  NON CASH BAIL BOND FILED ON 09/27/2013

09/27/2013 Charge(s): 1
      HEARING -   ARRAIGNMENT SCHEDULED FOR 11/19/2013 at 08:30 a.m. in Room No.  1

      NOTICE TO PARTIES/COUNSEL
09/27/2013 BAIL BOND - $2,500.00 UNSECURED BAIL BOND FILED ON 09/27/2013

      Bail Amt:  $2,500
      Date Bailed: 09/26/2013
      837
10/08/2013 Party(s):  IAN C CHAPMAN
      ATTORNEY -  RETAINED ENTERED ON 10/08/2013

      Attorney:  TIMOTHY ZERILLO
10/09/2013 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 10/08/2013

10/09/2013 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 10/17/2013 at 01:00 p.m. in Room No.  1

      NOTICE  TO PARTIES/COUNSEL
10/09/2013 HEARING -  MOTION TO AMEND BAIL NOTICE SENT ON 10/09/2013

10/17/2013 HEARING -  MOTION TO AMEND BAIL HELD ON 10/17/2013
      WILLIAM  BRODRICK , JUSTICE
      Attorney:  TIMOTHY ZERILLO
      DA:  WILLIAM BARRY
      Defendant Present in Court

      TAPE 5474
10/17/2013 MOTION -  MOTION TO AMEND BAIL GRANTED ON 10/17/2013
      WILLIAM  BRODRICK , JUSTICE
      COPY TO PARTIES/COUNSEL                              GRANTED BY
      AGREEMENT

10/17/2013 BAIL BOND -  UNSECURED BAIL BOND AMENDED ON 10/17/2013
         WILLIAM  BRODRICK , JUSTICE
         MODIFIED TO ALLOW THE USE OF ALCOHOLIC BEVERAGE BUT NOT TO USE TO EXCESS. SUBJECT TO
         SEARCH UPON REASONABLE ARTICULABLE SUSPICION.
         Date Bailed: 09/26/2013
         837
11/07/2013 Charge(s): 1
         SUPPLEMENTAL FILING -  COMPLAINT FILED ON 11/06/2013

11/21/2013 Charge(s): 1
         HEARING -  ARRAIGNMENT WAIVED ON 11/19/2013 at 08:30 a.m. in Room No.  1

11/21/2013 Charge(s): 1
         PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 11/19/2013 at 08:30 a.m. in Room No.  1

11/21/2013 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 02/06/2014 at 01:00 p.m. in Room No.  7

11/21/2013 Charge(s): 1
         TRIAL -  JURY TRIAL SCHEDULED FOR 03/10/2014 at 08:30 a.m. in Room No.  11

         NOTICE TO PARTIES/COUNSEL
01/23/2014 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 01/23/2014
         DEBBIE  COOK , ASSISTANT CLERK
02/05/2014 MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 02/04/2014

02/06/2014 MOTION -  MOTION TO CONTINUE GRANTED ON 02/05/2014
         PAUL E EGGERT , JUDGE
         COPY TO PARTIES/COUNSEL
02/06/2014 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE CONTINUED ON 02/05/2014
         PAUL E EGGERT , JUDGE
02/06/2014 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 02/20/2014 at 10:00 a.m. in Room No.  7

02/21/2014 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE NOT HELD ON 02/20/2014
         ROLAND A COLE , JUSTICE
         Attorney: TIMOTHY ZERILLO
         DA:  JULIA SHERIDAN
         OFFER OPEN FOR 24HOURS. ATTY. TO FILE A MOTION TO SUPPRESS. HEARING SET 2-25-14 @ 1:00
         P.M. PARTIES NOTIFIED.
                                        TAPE 5775
02/21/2014 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 02/20/2014

02/21/2014 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 02/25/2014 at 01:00 p.m. in Room No.  1

         NOTICE  TO PARTIES/COUNSEL
02/26/2014 MOTION -  MOTION TO SUPPRESS UNDER ADVISEMENT ON 02/25/2014
         JOHN H ONEIL JR, JUDGE
02/26/2014 HEARING -  MOTION TO SUPPRESS HELD ON 02/25/2014
         JOHN H ONEIL JR, JUDGE

Attorney: TIMOTHY ZERILLO
DA: JULIA SHERIDAN
TAPE 5766

02/28/2014 CASE STATUS - CASE FILE LOCATION ON 02/28/2014
DANIELLE MERRILL , ASSISTANT CLERK
FILE IS WITH JUSTICE ONEIL REGARDING MOTION TO SUPPRESS

03/13/2014 CASE STATUS - CASE FILE RETURNED ON 03/13/2014
DANIELLE MERRILL , ASSISTANT CLERK

03/13/2014 Charge(s): 1
TRIAL - JURY TRIAL NOT HELD ON 03/13/2014

03/13/2014 MOTION - MOTION TO SUPPRESS DENIED ON 03/12/2014
JOHN H ONEIL JR, JUDGE
COPY TO PARTIES/COUNSEL

A TRUE COPY
ATTEST: _____
Clerk